■ The People of the State of New York, Respondent, v Keith McMillan, Appellant. [60 NYS3d 680]—Judgment, Su-

preme Court, New York County (Edward J. McLaughlin, J.), rendered April 16, 2014, convicting defendant, upon his plea of guilty, of tampering with physical evidence, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

The court properly denied defendant's suppression motion. There was probable cause for defendant's arrest about 30 minutes after an officer saw defendant make what appeared to be a drug sale. The observing officer provided a detailed clothing description of the seller, and also saw defendant on a live surveillance video, at which time he directed other officers to defendant's location, where defendant was immediately apprehended (*see e.g. People v Coleman*, 77 AD3d 591 [1st Dept 2010], *lv denied* 16 NY3d 829 [2011]). Concur—Tom, J.P., Mazzarelli, Andrias, Oing and Singh, JJ.